1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

ALISHA SILBAUGH,

11

Plaintiff,

CASE NO. 3:19-CV-05591-BHS

12

v.

REPORT AND RECOMMENDATION

Noting Date: September 13, 2019

13

JANET DHILLON,

14

Defendant.

15

Plaintiff Alisha Silbaugh, proceeding *pro se*, filed this action pursuant to the Americans

16

with Disabilities Act ("ADA"). *See* Dkt. 1-1. The District Court has referred Plaintiff's pending

17

Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States

18

Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

19

Plaintiff filed this action on June 27, 2019. *See* Dkt. 1. On July 16, 2019, the Court

20

screened Plaintiff's Proposed Complaint and found it was deficient because Plaintiff failed to

21

state a claim for which relief may be granted. The Court dismissed the Proposed Complaint

22

without prejudice, re-noted the pending Application to Proceed IFP, and provided Plaintiff leave

23

to file an amended pleading by August 15, 2019, to cure the identified deficiencies. Dkt. 3. The

24

1  Court warned that failure to file an amended complaint or adequately address the issues

2  identified in the Order would result in the Court recommending dismissal of this action pursuant

3  to 28 U.S.C. § 1915. *Id.*

4       Plaintiff has failed to comply with the Court's Order. She has not filed a response to the

5  Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to

6  state a claim upon which relief can be granted in the Proposed Complaint. *See* Dkt. 3. Therefore,

7  the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be

8  dismissed without prejudice pursuant to 28 U.S.C. §1915.

9       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

10  Procedure, the parties shall have fourteen (14) days from service of this Report to file written

11  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

12  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

13  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on

14  September 13, 2019, as noted in the caption.

15       Dated this 27th day of August, 2019.

16

17  _____

David W. Christel
18  United States Magistrate Judge

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2