UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALISHA SILBAUGH,<br><br>    Plaintiff,<br><br> v.<br><br>JANET DHILLON,<br><br>    Defendant. | CASE NO. C19-5591 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED** and the case is **DISMISSED** without prejudice; and

(3)   The Clerk shall enter **JUDGMENT** and close this case.

Dated this 23rd day of September, 2019.

BENJAMIN H. SETTLE
United States District Judge